UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW SANDERSON p/k/a DETOX, and individual,

                        Plaintiff,

-against-

VOSS EVENTS, INC., a New York Corporation; and NEW YORK SPACES, INC., a New York Corporation,

                        Defendants.

22-CV-2550 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued May 3, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 3, 2022
             New York, New York

                                           /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                     Chief United States District Judge